**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1623**

---

BETSY NICHOLSON,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:21-cv-00654-AJD-IDD)

---

Submitted:  January 17, 2023                    Decided:  January 19, 2023

---

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Betsy Nicholson, Appellant Pro Se.  Julie Ciamporcero Avetta, Ellen Page DelSole, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Betsy Nicholson appeals the district court's order dismissing her complaint seeking a refund of estimated tax payments for the tax years 2012 through 2020. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nicholson v. United States*, No. 1:21-cv-00654-AJT-IDD (E.D. Va. May 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*